## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF FLORIDA

**Andres Gomez,**

    **Plaintiff**                                             Case Number:  4:19-cv-10121-JLK

**Colombian Grace LLC**

    **Defendant**

_____/

## NOTICE OF DISMISSAL WITH PREJUDICE

Plaintiff, pursuant to FRCP 41(a)(1)(A)(i) herby gives this Honorable Court notice of dismissal of this action with prejudice.

                                                         Respectfully submitted,

Dated: August 11, 2019                       */s/ Alberto R. Leal*.
                                                       Alberto R. Leal
                                                       Florida Bar No.: 1002345
                                                       E-Mail: al@thelealfirm.com
                                                       The Leal Law Firm, P.A.